UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BROADSPIRE SERVICES, INC.,

    Plaintiff-Judgment Creditor,

v.                                                                 No. 1:25-CV-169-H

FIRST BANK TEXAS,

    Garnishee.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this Court grant the plaintiff-judgment creditor's application for a writ of garnishment (Dkt. No. 1). Dkt. No. 4 at 4. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The Court directs the Clerk of Court to issue a Writ of Garnishment as to First Bank Texas.

So ordered on December 5, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE