UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BROADSPIRE SERVICES, INC.,

    Plaintiff-Judgment Creditor,

v.

                                   No. 1:25-CV-169-H

FIRST BANK TEXAS,

    Garnishee.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court transfer Broadspire's Application for a Writ of Execution (Dkt. No. 6) to Case No. 1:22-CV-163 and then grant Broadspire's application. Dkt. No.8. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The Clerk of Court is directed to transfer Broadspire's Application for a Writ of Execution (Dkt. No. 6) to Case No. 1:22-CV-163. A separate order shall issue in that case granting Broadspire's application.

The United States Magistrate Judge also issued a second FCR recommending that the Court discharge First Bank Texas from this garnishment proceeding and grant in part its request for payment of fees by Broadspire. Dkt. No. 20. The second FCR recommends that "[t]he attorney's fees awarded to First Bank Texas . . . be limited to" $1,662.50. *Id.* at 7. No objections were filed.

The District Court has reviewed the second FCR for plain error. *Serrano*, 975 F.3d at 502. Finding none, the Court accepts and adopts the second FCR. First Bank Texas is hereby discharged from this garnishment proceeding, and Broadspire is ordered to pay, by August 19, 2026, $1,662.50 in attorney's fees to First Bank Texas. The Clerk of Court is directed to close this case.

So ordered on July 20, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE